UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANTHONY C. KENNEY                                           CIVIL ACTION NO.

VERSUS                                                      15-232-JWD-EWD

DEPT. OF PUBLIC RECORDS
OF TEXAS, ET AL.

### REPORT AND RECOMMENDATIONS

The Complaint in this matter was filed on April 13, 2015 by the *pro se* plaintiff, Anthony C. Kenney. That same date, plaintiff filed a Motion For Leave to Proceed *In Forma Pauperis* ("IFP Motion").[1] The IFP Motion is pending before the Court.

Plaintiff's address is in Tulsa, Oklahoma. He named as defendants the Department of Public Records of Texas and Director, Steven McCraw. The Summons completed by the plaintiff lists addresses for the Department of Public Records of Texas and Director McCraw in Austin, Texas.[2] According to the allegations in the Complaint, no defendant resides in the State of Louisiana, nor is it alleged that a substantial part of the events or omissions giving rise to the claim occurred in Louisiana. As such, the court is concerned that the Middle District of Louisiana is not a proper venue for this action pursuant to 28 U.S.C. § 1391(b).

In light of this, on January 28, 2016, the court issued an Order to Show Cause why this matter should not be dismissed or, alternatively, transferred to a court of proper venue.[3] Pursuant to the Order to Show Cause, plaintiff was ordered to appear personally on March 9, 2016 at 10:00 a.m. Plaintiff did not appear, nor did he contact the court to advise that he could not appear.

---

[1] R. Doc. 2.
[2] R. Doc. 1-2.
[3] R. Doc. 4.

Further, notice of the Order to Show Cause was issued to plaintiff at 1840 South Boulder, Apt. 702, Tulsa, OK 74119, which is the address provided by plaintiff on the Complaint.

The action should not proceed due to the unresolved question regarding venue and plaintiff's failure to appear or contact the court to resolve that issue.

## RECOMMENDATION

It is the recommendation of the magistrate judge that the plaintiff's Complaint be dismissed without prejudice.

Signed in Baton Rouge, Louisiana, on March 10, 2016.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**