UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANTHONY C. KENNEY

CIVIL ACTION

VERSUS

NO. 15-232-JWD-EWD

DEPT. OF PUBLIC RECORDS
OF TEXAS, ET AL.

## OPINION

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report issued March 10, 2016 to which no objection was filed:

**IT IS ORDERED** that the Plaintiff's Complaint is dismissed without prejudice.

Signed in Baton Rouge, Louisiana, on March 29, 2016.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**